

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-20-00058-CV

| | | |
|---|---|---|
| WELLS FARGO, N.A., Appellant | § | On Appeal from the 89th District Court |
| V. | § | |
| | | of Wichita County (161,100-C) |
| LAWRENCE C. CLOWER, ELIZABETH ANN CLOWER, JOHN LAWRENCE CLOWER, J.C. (A MINOR CHILD), JO EMILY THORNTON, JAMES C. BROCCHINI, JULIA A. BERNAL, MARY C. RICHTER, AUDREY L. BERNAL, GINA C. DEJARNETTE, SAMANTHA J. RICHTER, JOHN C. CLOWER, TINA M. CLOWER, AS INDEPENDENT EXECUTOR OF THE ESTATE OF JOHN C. CLOWER, ELIZABETH LARUE ULLMAN, SUSAN MARIE DANIELS, JEFFREY CLARKSON CLOWER, BRENTON ULLMAN, JULIE CHRISTINE CLOWER, J.C. (A MINOR CHILD), J.C. (A MINOR CHILD), C.C. (A MINOR CHILD), Appellees | § § § § § | September 16, 2021 Memorandum Opinion by Chief Justice Sudderth |

# JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. It is ordered that the judgment of the trial court is reversed and the case is remanded to the trial court for further proceedings consistent with this opinion.

It is further ordered that appellees Lawrence C. Clower, Elizabeth Ann Clower, John Lawrence Clower, J.C. (A Minor Child), Jo Emily Thornton, James C. Brocchini, Julia A. Bernal, Mary C. Richter, Audrey L. Bernal, Gina C. Dejarnette, Samantha J. Richter, John C. Clower, Tina M. Clower, as Independent Executor of the Estate of John C. Clower, Elizabeth LaRue Ullman, Susan Marie Daniels, Jeffrey Clarkson Clower, Brenton Ullman, Julie Christine Clower, J.C. (a Minor Child), J.C. (a Minor Child), C.C. (a Minor Child) shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By  /s/ Bonnie Sudderth
      Chief Justice Bonnie Sudderth